

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00160-CR

| | | |
|---|---|---|
| Mutekulwa Grace Mwenebatu a.k.a. Mutekulwa G. Mwenebatu | § | From the 372nd District Court |
| | § | of Tarrant County (1348578D) |
| | § | March 1, 2018 |
| v. | § | Opinion by Justice Birdwell |
| | § | (nfp) |
| The State of Texas | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that Mwenebatu pleaded not true to the first allegation in the State's adjudication petition and true to the second and third allegations. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
    Justice Wade Birdwell